UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELBERTH GAMBOA,

    Plaintiff,

v.                                        Case No.  8:10-cv-1473-T-24-MAP

D. SCOTT CARRUTHERS, ESQUIRE and
REGENT ASSET MANAGEMENT SOLUTIONS,
INC.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Motions for Default Judgment as to Defendant D. Scott Carruthers and Defendant Regent Asset Management Solutions, Inc. (Doc. No. 19 & 20).  In the motions for default judgment, Plaintiff requests the Court to award default judgment in favor of Plaintiff and against Defendants.  Plaintiff does not request relief in the form of damages.  While the Court may award Plaintiff his request only for default judgment as to each Defendant, that relief would be meaningless.  Therefore, the Court denies the motions for default judgment without prejudice which will permit Plaintiff to decide what relief he is actually seeking.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motions for Default Judgment as to D. Scott Carruthers and Regent Asset Management Solutions, Inc. are DENIED WITHOUT PREJUDICE.  Plaintiff is directed to file Amended Motions for Default Judgment as to D. Scott Carruthers and Regent Asset Management Solutions, Inc. on or before November 18, 2010.  Failure to timely file the Amended Motions for Default Judgment will result in this case

being dismissed for lack of prosecution.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of November, 2010.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record